**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7003**

———————

MUHAMMAD EURY,

                                Plaintiff - Appellant,

      versus

RONALD ANGELONE; GENE JOHNSON; DUNCAN MILLS;
GARY BASS,

                                Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CA-01-257-1-2)

———————

Submitted:  September 20, 2001      Decided:  September 27, 2001

———————

Before LUTTIG, KING, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Muhammad Abd Saleem Eury, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Muhammad Abd Saleem Eury, a state of Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint under 28 U.S.C.A. § 1915A (West Supp. 2001). We have reviewed the record and the district court's opinion and agree that Eury's complaint fails to state a claim. Accordingly, we dismiss the appeal on the reasoning of the district court. See Eury v. Angelone, No. CA-01-257-1-2 (E.D. Va. June 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2